UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMERICAN CLINICAL LABORATORY ASSOCIATION, ET AL.<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, ET AL. | § § § § § § § | CIVIL NO. 4:24-CV-479-SDJ |
| ASSOCIATION FOR MOLECULAR PATHOLOGY, ET AL.<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, ET AL. | § § § § § § § | CIVIL NO. 4:24-CV-824-SDJ |

## CONSOLIDATION ORDER

Before the Court is the Parties' Unopposed Motion to Consolidate, (Dkt. #32), filed in Cause No. 4:24-CV-824 ("*AMP*"), which seeks to consolidate this case with Cause No. 4:24-CV-479 ("*ACLA*"). After considering the filings and the relevant law, the Court determines that the cases meet the standard set forth in Federal Rule of Civil Procedure 42. Accordingly, *AMP* is hereby **ORDERED** to be **CONSOLIDATED** for all purposes with *ACLA*.

It is therefore **ORDERED** that the Parties' Joint Unopposed Motion to Consolidate, (Dkt. #32), is **GRANTED**.

It is further **ORDERED** that Cause Nos. 4:24-CV-479 and 4:24-CV-824 are **CONSOLIDATED**, to be held before the undersigned under Cause No. 4:24-cv-479.

**So ORDERED and SIGNED this 20th day of September, 2024.**

                                                SEAN D. JORDAN
                                                UNITED STATES DISTRICT JUDGE